AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☒ INFORMATION   ☐ INDICTMENT
☐ SUPERSEDING

—— OFFENSE CHARGED ——

36 C.F.R. § 1004.23(a)(1) - Driving Under the Influence of Alcohol (Class B Misdemeanor);
36 C.F.R. § 1004.23(a)(2) - Driving With a Blood Alcohol Content Above 0.08% (Class B Misdemeanor)

☒ Petty
☐ Minor
☐ Misde-meanor
☐ Felony

PENALTY
6 months in jail
$5,000 fine
$10 special assessment

*E-filing*

—— Name of District Court, and/or Judge/Magistrate Location ——
NORTHERN DISTRICT OF CALIFORNIA

—— DEFENDANT - U.S ——
▶ LISA KAREN EMMART

DISTRICT COURT NUMBER

CR 08 0163

—— PROCEEDING ——

Name of Complaintant Agency, or Person (& Title, if any)

Park Rangers, National Park Service

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   WENDY THOMAS

—— DEFENDANT ——

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ 2/22/08

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges
☐ Federal   ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No
If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

—— ADDITIONAL INFORMATION OR COMMENTS ——

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☐ WARRANT
Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3                                    E-filing
4
5
6
7
8
9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO  DIVISION

12  UNITED STATES OF AMERICA,          )
                                       )
13         Plaintiff,                  )   VIOLATIONS: 36 C.F.R. §1004.23(a)(1)
                                       )   - Operating a Motor Vehicle Under the
14                                     )   Influence of Alcohol (Class B
       v.                              )   Misdemeanor); 36 C.F.R. §1004.23(a)(2) -
15                                     )   Operating a Motor Vehicle With a Blood
                                       )   Alcohol Content Over 0.08% (Class B
16  LISA K. EMMART,                    )   Misdemeanor)
                                       )
17         Defendant.                  )   SAN FRANCISCO VENUE
                                       )
18  _____ )

19
20                         I N F O R M A T I O N

21  The United States Attorney charges:

22  COUNT ONE: 36 C.F.R. § 1004.23(a)(1) - Operating a Motor Vehicle Under the Influence
                  of Alcohol.
23

24     On or about February 22, 2008, in the Northern District of California, within the

25  boundaries of an area administered by the Presidio Trust and land under the exclusive

26  jurisdiction of the United States, the defendant,

27                            LISA K. EMMART,

28  was operating and in actual physical control of a motor vehicle while under the influence of


INFORMATION

1 | alcohol to a degree that rendered her incapable of safe operation, in violation of Title 36,

2 | Code of Federal Regulations, Section 1004.23(a)(1), a Class B Misdemeanor.

3

4 | COUNT TWO: 36 C.F.R. § 1004.23(a)(2) - Operating a Motor Vehicle With a Blood Alcohol Content over 0.08%.

5 | On or about February 22, 2008, in the Northern District of California, within the

6 | boundaries of an area administered by the Presidio Trust and land under the exclusive

7 | jurisdiction of the United States, the defendant,

8 | LISA K. EMMART,

9 | was operating and in actual physical control of a motor vehicle while having at least 0.08

10 | percent, by weight, of alcohol in her breath, in violation of Title 36, Code of Federal

11 | Regulations, Section 1004.23(a)(2), a Class B Misdemeanor.

12

13 | DATED: *March 17, 2008*

JOSEPH P. RUSSONIELLO
United States Attorney

KYLE F. WALDINGER
Deputy Chief, Major Crimes Section

18 | (Approved as to form: _____ )

WENDY THOMAS
Special Assistant United States Attorney

28

INFORMATION