JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

LINDSAY HOOPES
Law Clerk

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6809
Facsimile: (415) 436-7234
E-Mail: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 08-0163 MAG |
| Plaintiff, | |
| v. | **MOTION FOR SUMMONS** |
| LISA K. EMMART | |
| Defendant. | |

Based on the facts set forth in the Declaration of Lindsay B. Hoopes in Support of the United States' Motion for Summons, the United States hereby requests that the Court issue a summons for defendant Lisa K. Emmart, at 4071 Walnut Street, San Francisco, CA 94123. The facts set forth in the Declaration demonstrate that probable cause exists to summon the defendant to answer the Information that has been filed by the United States Attorney.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: April 8, 2008                    /s/
                                        WENDY THOMAS
                                        Special Assistant United States Attorney

MOTION FOR SUMMONS
Case No. CR 08-0163 MAG