JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>  v.<br>LISA K. EMMART<br>    Defendant. | Case No. CR 08-0163 MAG<br><br>**[PROPOSED] ORDER FOR SUMMONS** |

Having reviewed the Declaration of Lindsay B. Hoopes, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of Court is directed to issue a summons directing the defendant, Lisa K. Emmart, 4071 Walnut Street, San Francisco, California, 94123, to appear on May 7, 2008, at 9:30 a.m. before the Honorable Edward M. Chen to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: April 9, 2008

THE HON. JAMES LARSON
United States Magistrate Judge

ORDER FOR SUMMONS
Case No. CR 08-0163 MAG