1 | JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

2

3 | BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

4 | WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

5

6 | LINDSAY HOOPES
Law Clerk

7 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102

8 | Telephone: (415) 436-6809
Facsimile: (415) 436-7234

9 | E-Mail: wendy.thomas@usdoj.gov

10 | Attorneys for Plaintiff

11 | UNITED STATES DISTRICT COURT

12 | NORTHERN DISTRICT OF CALIFORNIA

13 | SAN FRANCISCO DIVISION

14 | UNITED STATES OF AMERICA,            )    Case No. CR 08-0163 MAG
                                        )
15 |     Plaintiff,                     )
                                        )
16 |   v.                               )    **SECOND MOTION FOR SUMMONS**
                                        )
17 | LISA K. EMMART                     )
                                        )
18 |     Defendant.                     )
                                        )

19

20      Based on the facts set forth in the Declaration of Lindsay B. Hoopes in Support of the

21 United States' Second Motion for Summons, the United States hereby requests that the Court

22 issue a summons for defendant Lisa K. Emmart, at 409 Walnut Street, San Francisco, CA 94123.

23 The facts set forth in the Declaration demonstrate that probable cause exists to summon the

24 defendant to answer the Information that has been filed by the United States Attorney.

25                                           Respectfully submitted,

                                             JOSEPH P. RUSSONIELLO
26                                           United States Attorney

27
   Dated: May 9, 2008                                   /s/
28                                           WENDY THOMAS
                                             Special Assistant United States Attorney

MOTION FOR SUMMONS
Case No. CR 08-0163 MAG