JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR 08-0163 MAG |
| Plaintiff, | ) | |
| v. | ) | **[PROPOSED] ORDER FOR SUMMONS** |
| LISA K. EMMART | ) | |
| Defendant. | ) | |

Having reviewed the Declaration of Lindsay B. Hoopes, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of Court is directed to issue a summons directing the defendant, Lisa K. Emmart, 409 Walnut Street, San Francisco, CA 94123, to appear on June 17, 2008, at 9:30 a.m. before the Honorable Bernard Zimmerman to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: _____      _____
                                                           THE HON. EDWARD M. CHEN
                                                           United States Magistrate Judge

ORDER FOR SUMMONS
Case No. CR 08-0163 MAG