1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                  SAN FRANCISCO DIVISION

11  UNITED STATES OF AMERICA,        )   Case No. CR 08-0163 MAG
                                     )
12       Plaintiff,                  )
                                     )
13       v.                          )   [~~PROPOSED~~] ORDER FOR SUMMONS
                                     )
14  LISA K. EMMART                   )
                                     )
15       Defendant.                  )
                                     )
16  _____)

17       Having reviewed the Declaration of Lindsay B. Hoopes, the Court finds that probable cause
18  exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P.
19  58(d)(3), the Clerk of Court is directed to issue a summons directing the defendant, Lisa K.
20  Emmart, 409 Walnut Street, San Francisco, CA 94123, to appear on June 17, 2008, at 9:30 a.m.
21  before the Honorable Bernard Zimmerman to answer the Information that has been filed by the
22  United States Attorney.
23
24       IT IS SO ORDERED.
25  Dated: 5/12/08
26                                       _____
                                         THE HON. EDWARD M. CHEN
27                                       United States Magistrate Judge
28

ORDER FOR SUMMONS
Case No. CR 08-0163 MAG