**FILED**

FEB 0 2 2009

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

LEO P. REILLY (CSBN 75581)
181 Devine Street
San Jose, Ca 95110
Telephone: (408) 283-0574
FAX :(408) 275-0412
lpreilly@dmvcounsel.com

Attorney for Defendant

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 08-0163 MAG |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING |
| vs. | |
| LISA K. EMMART, | [PROPOSED] ORDER |
| a/k/a ISABELLE EMMART | |
| Defendant | |

Defendant, Lisa K. Emmart, a/k/a Isabelle Emmart requests a continuance of her hearing, currently set for February 5, 2009 due to the fact that her attorney Leo P. Reilly will be flying back from a seminar that he will be giving in the East Coast.

Defendant has executed the PLEA AGREEMENT provided by the US attorney and the next hearing will be to enter her plea in this case, pursuant to terms and conditions agreed between the US attorney and Defendant's attorney.

The proposed date for hearing is February 19, 2009.

[Summary of pleading] - 1

| | |
|---|---|
| | Respectfully Submitted, |
| Date: 1/16/09 | /s/ Reilly<br>LEO P. REILLY<br>Attorney for Defendant |
| | United States Attorney |
| Date: 1/21/09 | /s/<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| Date: | /s/<br>Law Clerk |

Pursuant to stipulation, IT IS SO ORDRED.

Date: 2/2/09

MARIA-ELENA JAMES
United States Magistrate Judge